1  LITTLER MENDELSON, P.C.
   MATTHEW E. FARMER, Bar No. 190484
2  IRENE V. FITZGERALD, Bar No. 266949
   5200 North Palm Ave., Suite 302
3  Fresno, California  93704.2225
   Telephone:  559.244.7500
4  Facsimile:   559.244.7525

5  Attorneys for Defendant
   THE UNIVERSITY OF PHOENIX, INC., a
6  subsidiary of APOLLO EDUCATION
   GROUP, INC.
7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  TAMARA MAYNARD,                  Case No.  1:15-CV-00547---SMS

12            Plaintiff,             **STIPULATION AND ORDER
                                     SUBMITTING ACTION TO
13  v.                               BINDING ARBITRATION**

14  THE UNIVERSITY OF PHOENIX,
    INC., a subsidiary of APOLLO
15  EDUCATION GROUP, INC., and
    DOES 1 through 100, inclusive,
16
              Defendants.
17

18

19        Plaintiff Tamara Maynard, acting through her counsel, Todd B. Barsotti,

20  A Professional Law Corporation, and Defendant the University of Phoenix, Inc. a

21  subsidiary of Apollo Education Group, Inc., acting through its counsel, Matthew E.

22  Farmer, of the law firm of Littler Mendelson, P.C., hereby agree and stipulate that:

23        WHEREAS, the Complaint in this matter was filed on February 27, 2015,

24  in Fresno County Superior Court, alleging claims for (1) Discrimination Based on

25  Disability of Medical Condition; (2) Unlawful Retaliation, Gov't Code §12940; and

26  (3) Failure to Pay Wages;

27  / / /

28

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Stipulation and [Proposed] Order Submitting
Action to Binding Arbitration

1    WHEREAS, Plaintiff filed her First Amended Complaint on March 18,

2    2015, in Fresno County Superior court, alleging claims for (1) Discrimination Based

3    on Disability of Medical Condition; (2) Unlawful Retaliation, Gov't Code §12940; (3)

4    Failure to Pay Wages; and (4) Defamation;

5    WHEREAS, on April 8, 2015, Defendant removed this matter to Federal

6    Court based on diversity jurisdiction in that Plaintiff and Defendant are citizens of

7    different states and the amount in controversy exceeds $75,000.00;

8    WHEREAS Plaintiff executed an acknowledgment dated November 14,

9    2012, agreeing to submit to arbitration "any dispute arising out of or related to" her

10   employment with Defendant, a true and correct copy of which is attached hereto as

11   Exhibit "A", and;

12   Therefore, subject to the approval of this Court, it is hereby stipulated

13   and agreed that:

14   1)   This action shall be submitted to binding arbitration pursuant to the

15   written arbitration agreement signed by Plaintiff;

16   2)   All proceedings in this action shall be stayed pending the

17   completion of the arbitration;

18   3)   Defendant confirms that it will pay for the entire cost of arbitration

19   (meaning the arbitration forum fees and arbitrator fees);

20   4)   The award of the arbitrator shall constitute a final determination of

21   the matter as to all parties and all claims, and shall be submitted as the judgment in

22   this action.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Stipulation and [Proposed] Order Submitting
Action to Binding Arbitration                    2.

1

2   Dated:  April _____, 2015                    LITTLER MENDELSON, P.C.
                                                 IRENE V. FITZGERALD
3

4

5                                                By:/s/ _____
                                                     MATTHEW E. FARMER
6                                                    Attorneys for Defendant
                                                 THE UNIVERSITY OF PHOENIX,
7                                                INC., a subsidiary of APOLLO
                                                 EDUCATION GROUP, INC.
8

9   Dated:  April _____, 2015                    TODD B. BARSOTTI
                                                 A PROFESSIONAL LAW
10                                               CORPORARTION

11

12                                               By:/s/ _____
                                                     TODD B. BARSOTTI
13                                                   Attorneys for Plaintiff
                                                 TAMARA MAYNARD
14

15

16                                    **ORDER**

17  Pursuant to this Stipulation, IT IS SO ORDERED that this action be compelled to

18  final and binding arbitration and that the action is stayed pending completion of

19  arbitration.

20

21  IT IS SO ORDERED.

22      Dated:   **April 29, 2015**                   **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

Stipulation and [Proposed] Order Submitting          3.
Action to Binding Arbitration