LITTLER MENDELSON, P.C.
MATTHEW E. FARMER, Bar No. 190484
IRENE V. FITZGERALD, Bar No. 266949
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525

Attorneys for Defendant
THE UNIVERSITY OF PHOENIX, INC., a
subsidiary of APOLLO EDUCATION
GROUP, INC.

FILED
MAR 24 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA MAYNARD, | Case No. 1:15-CV-00547---SMS |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| THE UNIVERSITY OF PHOENIX, INC., a subsidiary of APOLLO EDUCATION GROUP, INC., and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Tamara Maynard, and Defendant The University of Phoenix, Inc., a subsidiary of Apollo Education Group, Inc., through their designated counsel, that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal

///
///
///
///
///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE        (No. 1:15-CV-00547---SMS)

Rules of Civil Procedure, Rule 41(a)(1). Each party shall bear his/its own costs and attorneys' fees.

Dated: March 11, 2016

LITTLER MENDELSON, P.C.
IRENE V. FITZGERALD

By: _____
MATTHEW E. FARMER
IRENE V. FITZGERALD
Attorneys for Defendant
THE UNIVERSITY OF PHOENIX, INC., a subsidiary of APOLLO EDUCATION GROUP, INC.

Dated: March 15, 2016

TODD B. BARSOTTI
A PROFESSIONAL LAW CORPORARTION

By: _____
TODD B. BARSOTTI
Attorneys for Plaintiff
TAMARA MAYNARD

**IT IS SO ORDERED**

Dated: March 21, 2016 _____
United States District Judge/Magistrate Judge
SMSNYDER

Firmwide:139314319.1 073540.1101

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE    2.    (No. 1:15-CV-00547---SMS)

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704-2225
559.244.7500